UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FC INVESTMENT GROUP LC | ) | |
| and | ) | |
| LAWRENCE JAY EISENBERG, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 04-1939 (PLF) |
| IFX MARKETS, LTD., | ) | |
| Defendant. | ) | |

ORDER

For the reasons stated in the Opinion issued this same day, it is hereby

ORDERED that the motion [10] to dismiss filed by defendant IFX Markets, Ltd. is GRANTED; and it is

FURTHER ORDERED that this case is dismissed for lack of personal jurisdiction under Rule 12(b)(2) of the Federal Rules of Civil Procedure.  The Clerk of the Court shall remove this case from the docket of the Court.  This is a final appealable order.  See Fed. R. App. P. 4(a).  All other pending motions are denied as moot.

\_\_/s/_____
PAUL L. FRIEDMAN
DATE: February 6, 2007            United States District Judge